# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED15-00917-JGB (Spx) | Date | February 22, 2016 |
|---|---|---|---|
| Title | MARY GREENLEE v. NAVIENT SOLUTIONS, INC., et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly Carter | None | CS-RS-4 02/22/16 **(SEALED)** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Defendant: | Attorneys Present for Defendant/Cross-Claimant: |
|---|---|
| Babak Semnar | Christopher R. Fredrich |

**Proceedings:**   SETTLEMENT CONFERENCE

   A Settlement Conference in this matter was held on February 22, 2016.  Babak Semnar, counsel for plaintiff, appeared with plaintiff Mary Greenlee.  Christopher R. Fredrich, counsel for defendant, appeared with Patrick Chain, Associate General Counsel for Navient Solutions, Inc.

   A settlement was reached, the confidential terms of which were recited on the record.  Plaintiff's motion to compel [24] set for hearing on March 15, 2016 is deemed withdrawn without prejudice.

   The parties are directed to notify the assigned District Judge regarding the settlement of this matter.

6.15
Initial of Deputy Clerk:   kc
