**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY GREENLEE, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>NAVIENT SOLUTIONS, INC.; and<br>DOES 1-10,<br><br>               Defendants. | Case No. 5:15-cv-00917-JGB-SP<br><br>**ORDER ENTERING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Having read and considered the Joint Stipulation of Plaintiff Mary Greenlee and Defendant Navient Solutions, Inc. requesting this action be dismissed by Plaintiff in its entirety with prejudice, the Court hereby orders the entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:    March 17, 2016

The Honorable Jesus G. Bernal
United States District Court Judge